UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVYON C. HARBOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-0384-EFB P<br><br><br>ORDER |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file his amended complaint pursuant to the court's April 22, 2020 order.

Plaintiff's request (ECF No. 15) is granted and plaintiff has 90 days from the date this order is served to file his amended complaint.

So ordered.

Dated:  June 18, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE