UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVYON V. HARBOR,<br><br>   Plaintiff,<br><br>   v.<br><br>SCOTT KERNAN, et al.,<br><br>   Defendants. | No.  2:19-cv-00384-JAM-JDP (PC)<br><br>AMENDED ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On February 28, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed February 28, 2022, are adopted in full;

   2. Defendants' motion to dismiss, ECF No. 31, is granted, and plaintiff's intentional

1

infliction of emotional distress and Bane Act claims are dismissed without prejudice;

    3. This action shall proceed on his First Amendment, Fourth Amendment, and Eighth Amendment claims against defendants Kernan, Martel, Cassilas, Grigsby, and Weinholdt.

    4. Plaintiff's motion for appointment of counsel and joinder, ECF No. 36, is denied; and

    5. The judgment entered on March 30, 2022, which was entered in error, is set aside, and the Clerk of the Court is directed to re-open this case.

DATED: April 15, 2022           /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE