IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVYON C. HARBOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　Defendants. | No.  2:19-CV-0384-DAD-JDP-P<br><br><br>ORDER |

　　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. A settlement conference was held before the undersigned on August 24, 2022. At that time, the Court directed the parties to exchange all non-privileged documents in support of their respective settlement positions on or before September 30, 2022. The matter was continued for a status conference before the undersigned on October 20, 2022, at 11:00 a.m., in Sacramento, California. On the Court's own motion, the status conference is vacated. Within seven days of the date of this order, the parties shall submit directly to chambers supplemental settlement conference statements advising the Court of their positions in light of the exchange of documents ordered on August 24, 2022. The supplemental settlement conference statements shall not be filed.

/ / /

/ / /

/ / /

1

Counsel shall also advise of their availability in November and the first two weeks of December for a continued settlement conference to be conducted remotely.

IT IS SO ORDERED.

Dated:  October 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE