IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVYON C. HARBOR,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | No.  2:19-CV-0384-DAD-JDP-P<br><br><br>ORDER |

     Plaintiff, who is proceeding with retained counsel, brings this civil action.  A continued settlement conference is scheduled for January 31, 2023, at 9:00 a.m., before the undersigned via Zoom.   Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  See Local Rule 270(f)(1).

     IT IS SO ORDERED.

Dated:  December 2, 2022

                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE